

602 Rutledge Avenue
Charleston, SC 29403
843.352.4272 • brad@baniaslaw.com

March 11, 2026

BY ECF

Hon. Margaret M. Garnett
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    Consent Motion to Adjourn Conference and Withdraw Preliminary injunction in *Xie v. Edlow*, Case No. 1:26-cv-01704-MMG (S.D.N.Y.)

Dear Judge Garnett:

I represent the Plaintiff in the above captioned case.

I am pleased to move (with the consent of the Defendant) to withdraw the Plaintiff's motion for preliminary injunction. Defendant approved Plaintiff's request for work authorization today, and therefore, the preliminary injunction is no longer necessary. However, Plaintiff cannot work until he gets the actual physical card in the mail. Thus, Plaintiff hopes to voluntarily dismiss this case in the near future, assuming he gets the physical card in the mail and no other potential issues arise.

As such, Plaintiff with the consent of the Defendant moves this Court to adjourn the conference set for March 13, 2026 and for permission to withdraw the preliminary injunction and cancel as moot any pending deadlines or hearing.

GRANTED.  Plaintiff's motion for a preliminary injunction (Dkt. No. 11) is deemed withdrawn.  The conference scheduled for March 13, 2026, is adjourned *sine die*, and all case deadlines are canceled.  This matter will remain open pending Plaintiff's receipt of his physical work authorization card.  If Plaintiff does not voluntarily dismiss this case by **April 3, 2026**, he shall file a status letter on that date.

The Clerk of Court is respectfully directed to terminate Dkt. Nos. 11 & 17.

SO ORDERED.  Dated March 12, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Sincerely,

s/Brad Banias
BRAD BANIAS
Banias Law, LLC
602 Rutledge Avenue
Charleston, SC 29403
843.352.4272
brad@baniaslaw.com

*appearing pro hac vice*

Attorney for Plaintiff